SEALED

FILED

DEC 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 1: 1 7 SW  0 0 3 8 7 BAM |
|---|---|
| The residence located at 530 13th Street, Modesto, CA, and a Black Chrysler 300, CA license plate 6HTP480. | SEALING ORDER<br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated: 12/19/17 _____

_____
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE